

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CORA SUE SANCHEZ, Individually and as Representative of the Estate of ANTHONY TONY SANCHEZ, Deceased, JENNIFER PASOWICZ and JULIE MARIE SANCHEZ, | § | No. 08-23-00255-CV |
| | § | Appeal from the |
| | § | 112th Judicial District Court |
| Appellants, | | |
| | § | of Upton County, Texas |
| v. | | |
| | § | (TC#19-07-U4751-IDM) |
| NAVISTAR, INC., SHIELD RESTRAINT SYSTEMS, INC. f/k/a AMSAFE COMMERCIAL PRODUCTS, INC. and AMSAFE, INC., | § | |
| | § | |
| Appellees. | § | |

**MEMORANDUM OPINION**

Before this Court is the parties' joint motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(A). In the motion, the parties state that all matters in controversy between the parties have been settled. The parties request that this Court grant their motion and enter a judgment, without consideration of the merits, vacating the trial court's judgment and dismissing the case with prejudice.

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal on the motion of the appellant or by agreement of the parties. On the motion of the appellant, the court may dismiss the appeal or affirm the appealed judgment or order. TEX. R. APP. P. 42.1(a)(1). When parties file an agreement signed by all parties or their attorneys, the court may: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." TEX. R. APP. P. 42.1(a)(2)(A)–(C).

We conclude, based on the substance of the motion, that the parties seek a voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1)(B). The motion is granted. We vacate the judgment of the trial court without consideration of the merits and remand the case to the trial court for dismissal of the cause with prejudice in accordance with the parties' agreement pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). Each party shall bear the costs of this appeal pursuant to their agreement and joint motion. *See* TEX. R. APP. P. 42.1(d).


LISA J. SOTO, Justice

January 26, 2024

Before Alley, C.J., Palafox and Soto, JJ.